**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

MIDDLE DISTRICT OF FLORIDA

Case number *(if known)* Chapter **11**

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

**06/22**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| **1.** | **Debtor's name** | **Platinum Air Systems, Inc.** |
| **2.** | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | **30-1258132** |
| **4.** | **Debtor's address** | **Principal place of business**<br>**1260 Hand Avenue, Suite B**<br>**Ormond Beach, FL 32174**<br>Number, Street, City, State & ZIP Code<br>**Volusia**<br>County<br><br>**Mailing address, if different from principal place of business**<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br>Number, Street, City, State & ZIP Code |
| **5.** | **Debtor's website** (URL) | **www.platinumairfl.com** |
| **6.** | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: |

Debtor **Platinum Air Systems, Inc.** Case number (*if known*)
Name

**7. Describe debtor's business**

A. *Check one:*

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ■ None of the above

B. *Check all that apply*

- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11. *Check **all** that apply*:
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

- ■ No.
- ☐ Yes.

District When Case number
District When Case number

Debtor **Platinum Air Systems, Inc.** Case number (*if known*)
Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor ______ Relationship ______
District ______ When ______ Case number, if known ______

**11. Why is the case filed in *this district?***

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? ______

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other ______

**Where is the property?** ______
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency ______
Contact name ______
Phone ______

## Statistical and administrative information

**13. Debtor's estimation of available funds**

. *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

☐ $0 - $50,000
■ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million
☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $1,000,001 - $10 million
☐ $500,000,001 - $1 billion

Debtor **Platinum Air Systems, Inc.** Case number (*if known*)
Name

- ☐ $50,001 - $100,000
- ■ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Official Form 201 **Voluntary Petition for Non-Individuals Filing for Bankruptcy** page 4

Debtor **Platinum Air Systems, Inc.** Case number (*if known*)
Name

**Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **April 19, 2024**
MM / DD / YYYY

*X* **/s/ John Bruce**
Signature of authorized representative of debtor

**John Bruce**
Printed name

Title **President**

**18. Signature of attorney**

*X* **/s/ Scott W. Spradley**
Signature of attorney for debtor

Date **April 19, 2024**
MM / DD / YYYY

**Scott W. Spradley 782467**
Printed name

**The Law Offices of Scott W. Spradley**
Firm name

**P. O. Box 1**
**301 S. Central Avenue**
**Flagler Beach, FL 32136**
Number, Street, City, State & ZIP Code

Contact phone **386 693 4935** Email address **scott@flaglerbeachlaw.com**

**782467 FL**
Bar number and State

**Fill in this information to identify the case:**

Debtor name **Platinum Air Systems, Inc.**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF FLORIDA

Case number (if known) ____________

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

**12/15**

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* ____________
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration ____________

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **April 19, 2024**

X **/s/ John Bruce**
Signature of individual signing on behalf of debtor

**John Bruce**
Printed name

**President**
Position or relationship to debtor

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Platinum Air Systems, Inc.** |
| United States Bankruptcy Court for the: | **MIDDLE DISTRICT OF FLORIDA** |
| Case number (if known): | |

☐ Check if this is an amended filing

Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **A/C Products USA 3696 Dr. MLK Jr. Blvd. Fort Myers, FL 33916** | | **A/C Equipment** | | | | **$10,000.00** |
| **American Express P O Box 96001 Los Angeles, CA 90096-8000** | | **Credit card purchases** | | | | **$9,500.00** |
| **Carroll Air Systems, Inc. 3711 W. Walnut St. Tampa, FL 33607-2514** | | **Vendor** | | | | **$57,319.40** |
| **Complete Property Services 13505 Prestige Place Tampa, FL 33635** | | **Vendor** | | | | **$39,711.40** |
| **Daikin Applied 3711 W. Walnut Street Tampa, FL 33607** | | **Vendor** | | | | **$46,659.00** |
| **Daikin Applied 3711 W. Walnut Street Tampa, FL 33607** | | **Vendor** | | | | **$10,659.00** |
| **FORA Financial Asset Sec. c/o Robert W. Johnson, Esq. The Johnson Law Office, P.C. 9118 Third Avenue Brooklyn, NY 11209** | | **Loan** | | | | **$22,501.30** |

Debtor **Platinum Air Systems, Inc.**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Fox Capital Group, Inc. c/o Lieberman and Klestzick 381 Sunrise Highway 3rd Floor Lynbrook, NY 11563** | | **Loan** | | | | **$0.00** |
| **Headway Capital, LLC 175 W. Jackson Blvd Suite 100 Chicago, IL 60604** | | **Loan** | | | | **$102,108.71** |
| **Herc Rentals, Inc. P O Box 936257 Atlanta, GA 31193** | | **Rental Equipment** | | | | **$17,844.03** |
| **R. E. Michel Company, LLC 226 Carswell Avenue Holly Hill, FL 32117** | | **Equipment** | | | | **$10,000.00** |
| **United Refrigeration US 11401 Roosevelt Blvd Philadelphia, PA 19154** | | **Vendor** | | | | **$4,718.35** |
| **Waste Pro USA, Inc. 2101 West State Road 434 Suite 305 Longwood, FL 32779-5053** | | **Trash Service** | | | | **$1,900.00** |
| **York Int'l Corp c/o Kosto & Rotella, P.A. 1517 E. Robinson Street Orlando, FL 32801** | | **Vendor** | | | | **$38,869.89** |

Platinum Air Systems, Inc.
1260 Hand Avenue, Suite B
Ormond Beach, FL 32174

Scott W. Spradley
The Law Offices of Scott W. Spradley
P. O. Box 1
301 S. Central Avenue
Flagler Beach, FL 32136

A/C Products USA
3696 Dr. MLK Jr. Blvd.
Fort Myers, FL 33916

Ally
P. O. Box 380902
Bloomington, MN 55438

American Express
P O Box 96001
Los Angeles, CA 90096-8000

Carroll Air Systems, Inc.
3711 W. Walnut St.
Tampa, FL 33607-2514

Complete Property Services
13505 Prestige Place
Tampa, FL 33635

Daikin Applied
3711 W. Walnut Street
Tampa, FL 33607

FORA Financial Asset Sec.
c/o Robert W. Johnson, Esq.
The Johnson Law Office, P.C.
9118 Third Avenue
Brooklyn, NY 11209

Ford Motor Credit
P O Box 650574
Dallas, TX 75265

Fox Capital Group, Inc.
c/o Lieberman and Klestzick
381 Sunrise Highway
3rd Floor
Lynbrook, NY 11563

Fox Capital Group, Inc.
803 S 21st Avenue
Hollywood, FL 33020

Fox Capital Group, Inc.
1920 E. Hallandale Beach Blv
Ste 503
Hallandale, FL 33009

Headway Capital, LLC
175 W. Jackson Blvd
Suite 100
Chicago, IL 60604

Herc Rentals, Inc.
P O Box 936257
Atlanta, GA 31193

Janet Bruce
393 Muddy Creek Lane
Ormond Beach, FL 32174

John Bruce
393 Muddy Creek Lane
Ormond Beach, FL 32174

Johnston Controls, Inc
P O box 730747
Dallas, TX 75373

R. E. Michel Company, LLC
226 Carswell Avenue
Holly Hill, FL 32117

Thoroughbred Classics
P O Box 110876
Naples, FL 34108

Ty G. Thompson
Paskert Divers Thompson
100 N. Tampa Street
Suite 3700
Tampa, FL 33602

United Refrigeration US
11401 Roosevelt Blvd
Philadelphia, PA 19154

Waste Pro USA, Inc.
2101 West State Road 434
Suite 305
Longwood, FL 32779-5053

William M Lindeman, P. A.
P. O. Box 3506
Orlando, FL 32802

Winsupply Miami FL Co.
8830 NW 24 Ter
Doral, FL 33172-2418

York Int'l Corp
c/o Kosto & Rotella, P.A.
1517 E. Robinson Street
Orlando, FL 32801